Serial: **258375**

IN THE SUPREME COURT OF MISSISSIPPI

No. 2025-BD-00833-SCT

**FILED**

AUG 07 2025

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

| | | |
|---|---|---|
| ***GUY N. ROGERS, JR.*** | | *Petitioner* |
| ***v.*** | | |
| ***THE MISSISSIPPI BAR*** | | *Respondent* |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Aug 11 2025
ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

### EN BANC ORDER

Before this Court en banc is Attorney Guy N. Rogers Jr.'s Notice of Irrevocable Resignation and the Mississippi Bar's Response. After due consideration, this Court accepts Rogers's tender of irrevocable resignation as a member of the Mississippi Bar.

Rogers is currently suspended. On August 1, 2024, this Court suspended Rogers from the practice of law because Rogers pled guilty to a felony under Mississippi Code Section 99-15-26 (Rev. 2020). ***Miss. Bar v. Rogers***, 396 So. 3d 494 (Miss. 2024). Further, in his Notice of Irrevocable Resignation, Rogers concedes, "[t]here are also numerous other informal Bar complaints pending before the Committee on Professional Responsibility" that he does not want to defend. In response, the Mississippi Bar has certified that eight bar complaints are pending against Rogers and that Rogers's Notice of Irrevocable Resignation complies in all respects with Rule 11(a) of the Rules of Discipline for the Mississippi State Bar.

IT IS THEREFORE ORDERED that this Court accepts Guy N. Rogers Jr.'s irrevocable resignation as a member of the Mississippi Bar, tendered under Rule 11(a) of the Rules of Discipline for the Mississippi State Bar.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that:

1. Guy N. Rogers Jr.'s irrevocable resignation is tantamount to proof of guilt on the matters charged;

2. The Court hereby revokes Guy N. Rogers Jr.'s license to practice law in the State of Mississippi;

3. The Court hereby bars Guy N. Rogers Jr. from seeking future reinstatement to the privilege of practicing law in Mississippi;

4. The Clerk of the Court shall forward an attested copy of this Order to Guy N. Rogers Jr. and the Executive Director of the Mississippi Bar;

5. Guy N. Rogers Jr. shall, within thirty (30) days following entry of this Order, notify clients and affected courts, if any, of his resignation from the Mississippi Bar, properly disburse all funds he may hold in trust, and comply with all other requirements applicable under Rule 12 of the Rules of Discipline for the Mississippi State Bar;

6. Guy N. Rogers Jr. shall, within forty-five (45) days following the entry of this Order, file an affidavit with the Court stating that all of his clients have been notified of his resignation from the Mississippi Bar and consequent inability to practice law in Mississippi and that he has fully complied with all applicable requirements set forth in Rule 12 of the Rules of Discipline for the Mississippi State Bar, as well as the requirements of this Order;

7. Failure to comply with this Order may be punished as contempt and may constitute a separate ground for disciplinary action;

8. The Clerk of the Court shall immediately forward an attested copy of this Order to the Clerks of the United States District Courts for the Northern and Southern Districts of Mississippi, the Clerk of the United States Court of Appeals for the Fifth Circuit, and the Clerk of the Supreme Court of the United States; and

9.  The costs, if any, of the Mississippi Bar's pending disciplinary matters shall be, and are hereby, assessed to Guy N. Rogers Jr.

SO ORDERED, this the 7th day of August, 2025.

*James D. Maxwell II*
JAMES D. MAXWELL II, JUSTICE
FOR THE COURT

ALL JUSTICES AGREE.