


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**
**Sep 02 2025**

ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

# MANDATE
## SUPREME COURT OF MISSISSIPPI

**GREETINGS:**

In proceedings held in the Courtroom, Carroll Gartin Justice Building, in the City of Jackson, Mississippi, the Supreme Court of Mississippi entered a judgment as follows:

*Guy N. Rogers, Jr. v. The Mississippi Bar*
Supreme Court Case # 2025-BD-00833-SCT
Trial Court Case #

**Thursday, 14th day of August, 2025**
Guy N. Rogers Jr.'s irrevocable resignation as a member of the Mississippi Bar, tendered under Rule 11(a) of the Rules of Discipline for the Mississippi Bar, is accepted and is tantamount of proof of guilt on the matters charged. The Court hereby revokes Guy N. Rogers Jr.'s license to practice law in the State of Mississippi and bars Guy N. Rogers Jr. from seeking future reinstatement to the privilege of practicing law in Mississippi. The costs, if any, of the Mississippi Bar's pending disciplinary matters shall be, and are hereby, assessed to Guy N. Rogers Jr. Maxwell, J., for the Court. All Justices Agree. Order entered 8/7/25.

YOU ARE COMMANDED, that execution and further proceedings as may be appropriate forthwith be had consistent with this judgment and the Constitution and Laws of the State of Mississippi.

I, D. Jeremy Whitmire, Clerk of the Supreme Court of Mississippi and the Court of Appeals of the State of Mississippi, certify that the above judgment is a true and correct copy of the original which is authorized by law to be filed and is actually on file in my office under my custody and control.

Witness my signature and the Court's seal on August 28, 2025, A.D.

_____
**CLERK**