UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Sep 11 2025
Arthur Johnston, Clerk
By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: GUY N. ROGERS, JR.                              RESPONDENT
MS BAR #8391                                    Case No: 3:24-ad-00003-HSO

### ORDER OF DISBARMENT

WHEREAS, on August 11, 2025 this Court entered an order directing Respondent Guy N. Rogers, Jr. to show cause why he should not be disbarred from the practice of law in the United States District Court for the Southern District of Mississippi, and

WHEREAS, the Respondent has not made any answer or other response in opposition to the imposition of appropriate discipline, and the period of time allowed for such response has now expired;

THEREFORE, pursuant to Rule 83.1(c)(2) of the Uniform Local Rules of the Northern and Southern Districts of Mississippi:

1. **THE COURT HEREBY DISBARS Guy N. Rogers, Jr. from the practice of law in this Court, effective immediately.**

2. This Court will not consider an application for relief from the disbarment mandated by this Order until such time as the Respondent shall show that he has been reinstated to the practice of law by the Mississippi State Bar and is an attorney in good standing therewith.

3.  The Clerk of this Court shall immediately serve a certified copy of this Order upon the Respondent at his last known address as reflected on the attorney rolls or elsewhere on the Court's dockets.  The Clerk is also directed to mail a certified copy to the Executive Director of the Mississippi Bar and the United States Attorney for the Southern District of Mississippi.

SO ORDERED AND ADJUDGED, this the 11th day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE